**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **124-136 East 117 LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-3536631** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**c/o Emerald Equity Group LLC
One Battery Park Plaza,
Suite 3100
New York, NY 10004**
Number, Street, City, State & ZIP Code

**New York**
County

**PO BOX 967
New York, NY 10272**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**124-136 E 117th St New York, NY 10035**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **124-136 East 117 LLC**                                          Case number *(if known)* _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_5313_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship _____ |
| District | _____ | When _____ | Case number, if known _____ |

Debtor    **124-136 East 117 LLC**                                      Case number (*if known*) _____
              Name

**11. Why is the case filed in**    *Check all that apply:*
**this district?**
                                   ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                       preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                   ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ No
**have possession of any**         ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**                   **Why does the property need immediate attention?** (*Check all that apply.*)

                                           ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                               What is the hazard? _____

                                           ☐ It needs to be physically secured or protected from the weather.

                                           ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                               livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                           ☐ Other _____

                                           **Where is the property?**
                                                                           _____
                                                                           Number, Street, City, State & ZIP Code

                                           **Is the property insured?**

                                           ☐ No

                                           ☐ Yes.   Insurance agency    _____
                                                    Contact name        _____
                                                    Phone               _____

■ **Statistical and administrative information**

**13. Debtor's estimation of**    .   *Check one:*
**available funds**
                                   ■  Funds will be available for distribution to unsecured creditors.

                                   ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ☐ 1-49                      ☐ 1,000-5,000             ☐ 25,001-50,000
**creditors**                  ■ 50-99                     ☐ 5001-10,000             ☐ 50,001-100,000
                               ☐ 100-199                   ☐ 10,001-25,000           ☐ More than100,000
                               ☐ 200-999

**15. Estimated Assets**       ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ■ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **124-136 East 117 LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 28, 2020**
MM / DD / YYYY

**X** **/s/ Ephraim Diamond**                           **Ephraim Diamond**
Signature of authorized representative of debtor        Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Mark Frankel**                   Date **December 28, 2020**
Signature of attorney for debtor            MM / DD / YYYY

**Mark Frankel**
Printed name

**Backenroth Frankel & Krinsky, LLP**
Firm name

**800 Third Avenue**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 593-1100**    Email address **mfrankel@bfklaw.com**

**8417 NY**
Bar number and State

Debtor   **124-136 East 117 LLC**
         Name                                                                Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (*if known*)                          Chapter   **11**

☐ Check if this an
   amended filing

---

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **203 W 107 Street LLC** | | Relationship to you | **Affiliate** |
| District | **NYSB** | When **12/28/20** | Case number, if known | **20-12960** |
| Debtor | **210 W 107 Street LLC** | | Relationship to you | **Affiliate** |
| District | **NYSB** | When **12/28/20** | Case number, if known | **20-12961** |
| Debtor | **220 W 107 Street LLC** | | Relationship to you | **Affiliate** |
| District | **NYSB** | When **12/28/20** | Case number, if known | **20-12963** |
| Debtor | **230 W 107 Street LLC** | | Relationship to you | |
| District | | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    __124-136 East 117 LLC__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __December 28, 2020__    X /s/ Ephraim Diamond
                                                    Signature of individual signing on behalf of debtor

                                                    **Ephraim Diamond**
                                                    Printed name

                                                    **Chief Restructuring Officer**
                                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **124-136 East 117 LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| All Make Appliance 15 Ryans Way Jackson, NJ 08527 | | | | | | $9,841.32 |
| Archrock LLC PO BOX 967 New York, NY 10272 | | | | | | $3,875.00 |
| Bethany DeMarco | | | | | | $966.00 |
| Big Apple Elevator Industries PO Box 1337 New York, NY 10156 | | | | | | $10,768.00 |
| COMPASIT CORPORATION PO BOX 360375 Brooklyn, NY 11236 | | | | | | $381.00 |
| Con Edison 390 West Route 59 Spring Valley, NY 10977 | | Gas & Electric | | | | $7,671.60 |
| DMT - Plumbing 388 E. 198 St. Bronx, NY 10458 | | | | | | $3,049.00 |
| Entech Boiler Controls POB 339 Lakewood, NJ 08701 | | | | | | $1,144.20 |
| Entech Energy Design +Consulting Po Box 339 Lakewood, NJ 08701 | | | | | | $734.50 |
| Horing Welikson & Rosen, P.C 11 Hillside Avenue Williston Park, NY 11596 | | | | | | $1,460.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **124-136 East 117 LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LoanCore Capital Credit REIT LLC c/o Arnold & Porter 250 West 55th Street Attention: Ben Mintz New York, NY 10019-9710** | | **124-136 East 117th Street New York, NY 10035 and Escrows held in lender escrow accounts** | | **$100,245,624.57** | **$18,000,000.00** | **$82,403,766.31** |
| **M & M Glass LLC P.O Box 190330 Brooklyn, NY 11219** | | | | | | **$1,334.00** |
| **Marc Newberger 3515 HENRY HUDSON PKWY Bronx, NY 10463** | | | | | | **$300.00** |
| **Marques** | | | | | | **$323.10** |
| **RDS Windows Corp 1707 Boston RD Suite 4A Bronx, NY 10460** | | | | | | **$370.17** |
| **Spectrum Po Box 11820 Newark, NJ 07101-8120** | | | | | | **$323.92** |
| **Street Rod Welding & Boiler Repair Inc. 170 Bristol St Brooklyn, NY 11212** | | | | | | **$6,277.00** |
| **Superior Maintenance 162 Spencer Street Brooklyn, NY 11205** | | **124-136 East 117th Street New York, NY 10035** | **Unliquidated** | **$5,728.51** | **$18,000,000.00** | **$5,728.51** |
| **Todd Rothenberg Esq. 271 North Ave. Suite 115 New Rochelle, NY 10801** | | | | | | **$7,587.50** |
| **Ultimate Boiler Treatments 674 Broadway Cedarhurst, NY 11516** | | | | | | **$264.02** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **124-136 East 117 LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $     **18,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................... $     **719,739.80**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................. $     **18,719,739.80**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **100,409,494.82**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **57,584.01**

4.   Total liabilities .........................................................................................................................
    Lines 2 + 3a + 3b     $     **100,467,078.83**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **124-136 East 117 LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $13,855.15 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $13,855.15 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1.   **Utility Security Deposits. Held by Con Edison.**          $11,525.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   8.1.   **Prepaid Taxes held by NYC Department of Finance**          $31,411.69

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **124-136 East 117 LLC**                                          Case number *(If known)* _____
          Name

8.2.    **Prepaid Property, Liability and Umbrella Insurance**                                    $18,380.64

9.    **Total of Part 2.**                                                                        $61,317.33
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 252,014.36 | - | 73,797.33 | = .... | $178,217.03 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 968,101.90 | - | 501,751.61 | =.... | $466,350.29 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**                                                                       $644,567.32
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **124-136 East 117 LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.**      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **124-136 East 117th Street New York, NY 10035 and Escrows held in lender escrow accounts** | **Owner/Mortgagor** | **Unknown** | **Owner Estimate** | **$18,000,000.00** |

**56.**      **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | **$18,000,000.00** |
|---|---|

**57.**      **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    __124-136 East 117 LLC_____    Case number *(If known)* _____
        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,855.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $61,317.33 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $644,567.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $18,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $719,739.80 | + 91b. $18,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,719,739.80 |

**Fill in this information to identify the case:**

Debtor name __**124-136 East 117 LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **LoanCore Capital Credit REIT LLC** Creditor's Name **c/o Arnold & Porter 250 West 55th Street Attention: Ben Mintz New York, NY 10019-9710** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **124-136 East 117th Street New York, NY 10035 and Escrows held in lender escrow accounts** **Describe the lien** | **$100,245,624.57** | **$18,000,000.00** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. NYC Dept. Environmental Protection**
**2. LoanCore Capital Credit REIT LLC**
**3. Superior Maintenance**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Amount of claim | Value of collateral |
|---|---|---|---|
| **2.2** **NYC Dept. Environmental Protection** Creditor's Name **59-17 Junction Boulevard Legal Department Elmhurst, NY 11373** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **124-136 East 117th Street New York, NY 10035** **Describe the lien** | **$158,141.74** | **$18,000,000.00** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

| Debtor | **124-136 East 117 LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| --- | --- |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **Superior Maintenance** | Describe debtor's property that is subject to a lien | $5,728.51 | $18,000,000.00 |
| --- | --- | --- | --- | --- |
| | Creditor's Name | **124-136 East 117th Street** | | |
| | | **New York, NY 10035** | | |

**162 Spencer Street**
**Brooklyn, NY 11205**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| --- | --- |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $100,409,494 .82 |
| --- | --- | --- |

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

---

**Fill in this information to identify the case:**

Debtor name   __124-136 East 117 LLC__

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $255.86 |
|---|---|---|---|
| | **AAA Appliance** | ☐ Contingent | |
| | **PO Box 207** | ☐ Unliquidated | |
| | **Lawrence, NY 11559** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Alejandro Rojas** | ☐ Contingent | |
| | **124-136 East 117th Street** | ☐ Unliquidated | |
| | **6L** | ☐ Disputed | |
| | **New York, NY 10035** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Possible Security Deposit Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Alexa Hedge** | ☐ Contingent | |
| | **124-136 East 117th Street** | ☐ Unliquidated | |
| | **4G** | ☐ Disputed | |
| | **New York, NY 10035** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Possible Security Deposit Claim** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,841.32 |
|---|---|---|---|
| | **All Make Appliance** | ☐ Contingent | |
| | **15 Ryans Way** | ☐ Unliquidated | |
| | **Jackson, NJ 08527** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **124-136 East 117 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alonzo Johnson**
**124-136 East 117th Street**
**2B**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Alvin Irby**
**124-136 East 117th Street**
**4D**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ana Acevedo**
**124-136 East 117th Street**
**3P**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Angelica Vielma**
**124-136 East 117th Street**
**2P**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Anna Arce**
**124-136 East 117th Street**
**2E**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Annette Areizaga**
**124-136 East 117th Street**
**2K**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,875.00**

**Archrock LLC**
**PO BOX 967**
**New York, NY 10272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **124-136 East 117 LLC**                                                         Case number (if known) _____
      Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Barbara Lopes**
**124-136 East 117th Street**
**6H**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$966.00** |
|------|---|---|---|

**Bethany DeMarco**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,768.00** |
|------|---|---|---|

**Big Apple Elevator Industries**
**PO Box 1337**
**New York, NY 10156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Brandon Derry**
**124-136 East 117th Street**
**2C**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Cameron Nies**
**124-136 East 117th Street**
**6P**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Carolyn Lindsay**
**124-136 East 117th Street**
**6F**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Carrie Robinson**
**124-136 East 117th Street**
**6G**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **124-136 East 117 LLC**                                    Case number (if known) _____
_____
Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Cathy Stephens**
**124-136 East 117th Street**
**2D**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Cedric Green**
**124-136 East 117th Street**
**3K**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Charter Communication**
**124-136 East 117th Street**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Christian Craven**
**124-136 East 117th Street**
**5K**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|------|---|---|---|

**Christian Craven**
**124-136 East 117th Street**
**5K**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$146.52** |
|------|---|---|---|

**Click Pay Services LLC**
**433 Hackensack Avenue**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$381.00** |
|------|---|---|---|

**COMPASIT CORPORATION**
**PO BOX 360375**
**Brooklyn, NY 11236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **124-136 East 117 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,671.60**

Con Edison
390 West Route 59
Spring Valley, NY 10977

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Multiple**

Basis for the claim:  **Gas & Electric**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Danyluz Nelson
124-136 East 117th Street
2L
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

David Mccaa
124-136 East 117th Street
1N
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Dawn Wells
124-136 East 117th Street
6C
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Denise Rivera
124-136 East 117th Street
5B
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,049.00**

DMT - Plumbing
388 E. 198 St.
Bronx, NY 10458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Edonis Hasani
124-136 East 117th Street
5P
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number

Basis for the claim:  **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **124-136 East 117 LLC**                                               Case number (if known) _____
              Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Eduardo Dickson**
**124-136 East 117th Street**
**1B**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Emily Shoup**
**124-136 East 117th Street**
**2N**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,144.20** |
|------|---|---|---|

**Entech Boiler Controls**
**POB 339**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$734.50** |
|------|---|---|---|

**Entech Energy Design +Consulting**
**Po Box 339**
**Lakewood, NJ 08701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Estelle Gomez**
**124-136 East 117th Street**
**3H**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Gloria Lopez**
**124-136 East 117th Street**
**5N**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Heather Tatro**
**124-136 East 117th Street**
**2F**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **124-136 East 117 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,460.00**

**Horing Welikson & Rosen, P.C**
**11 Hillside Avenue**
**Williston Park, NY 11596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Insparisk LLC**
**18-10 Whitestone Expressway, 3rd Floor**
**Whitestone, NY 11357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Isci Huseyin**
**124-136 East 117th Street**
**3J**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**James Bragg**
**124-136 East 117th Street**
**4J**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jaqwan Wright**
**124-136 East 117th Street**
**1H**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jasmine Hooper**
**124-136 East 117th Street**
**5E**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Jenna Danneberger**
**124-136 East 117th Street**
**4B**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **124-136 East 117 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Alegun**
**124-136 East 117th Street**
**6D**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jessie Brown**
**124-136 East 117th Street**
**2J**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Saca**
**124-136 East 117th Street**
**3N**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Julio Hernandez**
**124-136 East 117th Street**
**3D**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kelsey Nusbaum**
**124-136 East 117th Street**
**3L**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristina Mendez**
**124-136 East 117th Street**
**5J**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lonnie Dennard**
**124-136 East 117th Street**
**5G**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **124-136 East 117 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Louisa Johnson**
**124-136 East 117th Street**
**6J**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Luis Canafe**
**124-136 East 117th Street**
**4P**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Luis Urioste**
**124-136 East 117th Street**
**5L**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Luisa Lopez**
**124-136 East 117th Street**
**3B**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,334.00**

**M & M Glass LLC**
**P.O Box 190330**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300.00**

**Marc Newberger**
**3515 HENRY HUDSON PKWY**
**Bronx, NY 10463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Mark Davy**
**124-136 East 117th Street**
**5C**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **124-136 East 117 LLC** _____    Case number (if known) _____
Name

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$323.10** |
|---|---|---|---|

**Marques**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Comee**
**124-136 East 117th Street**
**6E**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michelle Abell Jacoob**
**124-136 East 117th Street**
**6B**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michelle Smith**
**124-136 East 117th Street**
**2B**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mollie Rohrbaugh**
**124-136 East 117th Street**
**4K**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nelson Rodriguez**
**124-136 East 117th Street**
**6N**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peter Montanez**
**124-136 East 117th Street**
**1F**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **124-136 East 117 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Peyton Shaffer
124-136 East 117th Street
4C
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Polina Korchagina
124-136 East 117th Street
1L
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Ranier Alfonso Acosta
124-136 East 117th Street
1K
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370.17**

RDS Windows Corp
1707 Boston RD
Suite 4A
Bronx, NY 10460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Rhonda Reid
124-136 East 117th Street
5F
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Robert Laird
124-136 East 117th Street
4E
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Robert Marquez
124-136 East 117th Street
2H
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **124-136 East 117 LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rochelle Jackson**
**124-136 East 117th Street**
**1A**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Rosalida Vargas**
**124-136 East 117th Street**
**5H**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samantha Davis**
**124-136 East 117th Street**
**4H**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Sebastien Verpile**
**124-136 East 117th Street**
**1C**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$323.92** |
|---|---|---|---|

**Spectrum**
**Po Box 11820**
**Newark, NJ 07101-8120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,277.00** |
|---|---|---|---|

**Street Rod Welding & Boller Repair Inc.**
**170 Bristol St**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Suzannah Woodward**
**124-136 East 117th Street**
**4L**
**New York, NY 10035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Possible Security Deposit Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **124-136 East 117 LLC** _____   Case number (*if known*) _____
           Name

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.30 |

**Target Exterminating Inc**
**79-11 69th Drive**
**Middle Village, NY 11379**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**The Jewish Board of Family Services**
**124-136 East 117th Street**
**1E**
**New York, NY 10035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,587.50 |

**Todd Rothenberg Esq.**
**271 North Ave. Suite 115**
**New Rochelle, NY 10801**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Uliana Lopatina**
**124-136 East 117th Street**
**4F**
**New York, NY 10035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.02 |

**Ultimate Boiler Treatments**
**674 Broadway**
**Cedarhurst, NY 11516**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Valerie Greene**
**124-136 East 117th Street**
**3C**
**New York, NY 10035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Possible Security Deposit Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

Debtor     **124-136 East 117 LLC**
Name

Case number (if known)

|  | Total of claim amounts | |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **57,584.01** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **57,584.01** |

**Fill in this information to identify the case:**

Debtor name     **124-136 East 117 LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| State the term remaining      8/31/2020 | **Alejandro Rojas**<br>**124-136 East 117th Street**<br>**6L**<br>**New York, NY 10035** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| State the term remaining      1/17/2021 | **Alexa Hedge**<br>**124-136 East 117th Street**<br>**4G**<br>**New York, NY 10035** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| State the term remaining      7/31/2021 | **Alonzo Johnson**<br>**124-136 East 117th Street**<br>**2B**<br>**New York, NY 10035** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| State the term remaining | **Alvin Irby**<br>**124-136 East 117th Street**<br>**4D**<br>**New York, NY 10035** |
| List the contract number of any government contract | |

Debtor 1    **124-136 East 117 LLC**
_____    Case number *(if known)* _____
First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease** | |
| State the term remaining **9/30/2020** | **Ana Acevedo** **124-136 East 117th Street** **3P** **New York, NY 10035** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease** | |
| State the term remaining **7/31/2020** | **Angelica Vielma** **124-136 East 117th Street** **2P** **New York, NY 10035** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease** | |
| State the term remaining **9/30/2020** | **Anna Arce** **124-136 East 117th Street** **2E** **New York, NY 10035** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease** | |
| State the term remaining **11/30/2020** | **Annette Areizaga** **124-136 East 117th Street** **2K** **New York, NY 10035** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease** | |
| State the term remaining **09/30/2020** | **Barbara Lopes** **124-136 East 117th Street** **6H** **New York, NY 10035** |
| List the contract number of any government contract | |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest **Tenant Lease** | |
| State the term remaining **12/19/2020** | **Brandon Derry** **124-136 East 117th Street** **2C** **New York, NY 10035** |
| List the contract number of any | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **124-136 East 117 LLC**                                          Case number *(if known)* _____

First Name          Middle Name          Last Name

▉ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract _____  _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | 10/15/2020 | **Cameron Nies**<br>**124-136 East 117th Street**<br>**6P**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Carolyn Lindsay**<br>**124-136 East 117th Street**<br>**6F**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | 12/19/2020 | **Carrie Robinson**<br>**124-136 East 117th Street**<br>**6G**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Cathy Stephens**<br>**124-136 East 117th Street**<br>**2D**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | 12/19/2020 | **Cedric Green**<br>**124-136 East 117th Street**<br>**3K**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | | **Charter Communication**<br>**124-136 East 117th Street**<br>**New York, NY 10035** |
|---|---|---|---|

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 3 of 12

Debtor 1    **124-136 East 117 LLC**                                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

<span style="background:purple">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |

| | | |
|---|---|---|
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | **5/31/2021** |
| | List the contract number of any government contract _____ | **Christian Craven**<br>**124-136 East 117th Street**<br>**5K**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | **9/30/2021** |
| | List the contract number of any government contract _____ | **Danyluz Nelson**<br>**124-136 East 117th Street**<br>**2L**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **David Mccaa**<br>**124-136 East 117th Street**<br>**1N**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract _____ | **Dawn Wells**<br>**124-136 East 117th Street**<br>**6C**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | **9/30/2020** |
| | List the contract number of any government contract _____ | **Denise Rivera**<br>**124-136 East 117th Street**<br>**5B**<br>**New York, NY 10035** |

Debtor 1    **124-136 East 117 LLC**                                                    Case number *(if known)*  _____
            First Name          Middle Name          Last Name

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **7/31/2020** | **Edonis Hasani**<br>**124-136 East 117th Street**<br>**5P**<br>**New York, NY 10035** |
| | List the contract number of any government contract | _____ | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **1/11/2021** | **Eduardo Dickson**<br>**124-136 East 117th Street**<br>**1B**<br>**New York, NY 10035** |
| | List the contract number of any government contract | _____ | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **4/30/2021** | **Emily Shoup**<br>**124-136 East 117th Street**<br>**2N**<br>**New York, NY 10035** |
| | List the contract number of any government contract | _____ | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Estelle Gomez**<br>**124-136 East 117th Street**<br>**3H**<br>**New York, NY 10035** |
| | List the contract number of any government contract | _____ | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **9/2/2020** | **Gloria Lopez**<br>**124-136 East 117th Street**<br>**5N**<br>**New York, NY 10035** |
| | List the contract number of any government contract | _____ | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **Heather Tatro**<br>**124-136 East 117th Street**<br>**2F**<br>**New York, NY 10035** |
| | List the contract number of any | | |

Debtor 1   **124-136 East 117 LLC**                                           Case number *(if known)* _____

    First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | | **Isci Huseyin** **124-136 East 117th Street** **3J** **New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | **9/30/2021** | **James Bragg** **124-136 East 117th Street** **4J** **New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | **11/10/2020** | **Jaqwan Wright** **124-136 East 117th Street** **1H** **New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | **6/30/2021** | **Jasmine Hooper** **124-136 East 117th Street** **5E** **New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
| | State the term remaining | **1/11/2021** | **Jenna Danneberger** **124-136 East 117th Street** **4B** **New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | **Jennifer Alegun** **124-136 East 117th Street** **6D** **New York, NY 10035** |

Debtor 1    **124-136 East 117 LLC**

| | |
|---|---|
| First Name | Middle Name | Last Name |

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining — **6/30/2020**

List the contract number of any government contract — _____

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining — **4/30/2021**

List the contract number of any government contract — _____

**Jessie Brown
124-136 East 117th Street
2J
New York, NY 10035**

---

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining — **11/10/2020**

List the contract number of any government contract — _____

**Jose Saca
124-136 East 117th Street
3N
New York, NY 10035**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining — **4/30/2021**

List the contract number of any government contract — _____

**Julio Hernandez
124-136 East 117th Street
3D
New York, NY 10035**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining — **7/31/2020**

List the contract number of any government contract — _____

**Kelsey Nusbaum
124-136 East 117th Street
3L
New York, NY 10035**

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Tenant Lease**

State the term remaining — **6/30/2020**

List the contract number of any government contract — _____

**Kristina Mendez
124-136 East 117th Street
5J
New York, NY 10035**

---

| Debtor 1 | **124-136 East 117 LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Lonnie Dennard**<br>**124-136 East 117th Street**<br>**5G**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **9/30/2020** | **Louisa Johnson**<br>**124-136 East 117th Street**<br>**6J**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **1/31/2022** | **Luis Canafe**<br>**124-136 East 117th Street**<br>**4P**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Luis Urioste**<br>**124-136 East 117th Street**<br>**5L**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **11/10/2020** | **Luisa Lopez**<br>**124-136 East 117th Street**<br>**3B**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **2/28/2021** | **Mark Davy**<br>**124-136 East 117th Street**<br>**5C**<br>**New York, NY 10035** |
| | List the contract number of any | | |

Debtor 1    **124-136 East 117 LLC**                                                    Case number *(if known)*  _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract _____

| | | |
|---|---|---|
| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | |
| | List the contract number of any government contract | **Michael Comee**<br>**124-136 East 117th Street**<br>**6E**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | **12/19/2020** |
| | List the contract number of any government contract | **Michelle Abell Jacoob**<br>**124-136 East 117th Street**<br>**6B**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | **10/31/2020** |
| | List the contract number of any government contract | **Michelle Smith**<br>**124-136 East 117th Street**<br>**2B**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | **7/31/2020** |
| | List the contract number of any government contract | **Mollie Rohrbaugh**<br>**124-136 East 117th Street**<br>**4K**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | State the term remaining | **9/30/2020** |
| | List the contract number of any government contract | **Nelson Rodriguez**<br>**124-136 East 117th Street**<br>**6N**<br>**New York, NY 10035** |

| | | |
|---|---|---|
| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** |
| | | **Peter Montanez**<br>**124-136 East 117th Street**<br>**1F**<br>**New York, NY 10035** |

Debtor 1  **124-136 East 117 LLC**

| First Name | Middle Name | Last Name | | Case number (*if known*) |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **1/31/2021** | **Peyton Shaffer** |
| | List the contract number of any government contract | | **124-136 East 117th Street 4C New York, NY 10035** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **11/17/2020** | **Polina Korchagina** |
| | List the contract number of any government contract | | **124-136 East 117th Street 1L New York, NY 10035** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **1/31/2021** | **Ranier Alfonso Acosta** |
| | List the contract number of any government contract | | **124-136 East 117th Street 1K New York, NY 10035** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **9/30/2020** | **Rhonda Reid** |
| | List the contract number of any government contract | | **124-136 East 117th Street 5F New York, NY 10035** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **8/31/2020** | **Robert Laird** |
| | List the contract number of any government contract | | **124-136 East 117th Street 4E New York, NY 10035** |

| Debtor 1 | **124-136 East 117 LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Robert Marquez** |
| | List the contract number of any government contract | | **124-136 East 117th Street** |
| | | | **2H** |
| | | | **New York, NY 10035** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Rochelle Jackson** |
| | List the contract number of any government contract | | **124-136 East 117th Street** |
| | | | **1A** |
| | | | **New York, NY 10035** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **9/30/2020** | **Rosalida Vargas** |
| | List the contract number of any government contract | | **124-136 East 117th Street** |
| | | | **5H** |
| | | | **New York, NY 10035** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **Samantha Davis** |
| | List the contract number of any government contract | | **124-136 East 117th Street** |
| | | | **4H** |
| | | | **New York, NY 10035** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **3/31/2021** | **Sebastien Verpile** |
| | List the contract number of any government contract | | **124-136 East 117th Street** |
| | | | **1C** |
| | | | **New York, NY 10035** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **8/31/2020** | **Suzannah Woodward** |
| | List the contract number of any | | **124-136 East 117th Street** |
| | | | **4L** |
| | | | **New York, NY 10035** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **124-136 East 117 LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | | **The Jewish Board of Family Services**<br>**124-136 East 117th Street**<br>**1E**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **12/31/2020** | **Uliana Lopatina**<br>**124-136 East 117th Street**<br>**4F**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant Lease** | |
|---|---|---|---|
| | State the term remaining | **1/11/2021** | **Valerie Greene**<br>**124-136 East 117th Street**<br>**3C**<br>**New York, NY 10035** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **124-136 East 117 LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **1661 PA Realty LLC** | **c/o Emerald Equity Group LLC One Battery Park Plaza, Suite 3100 New York, NY 10004** | **LoanCore Capital Credit REIT LLC** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2   **215 East 117 LLC** | **c/o Emerald Equity Group LLC One Battery Park Plaza, Suite 3100 New York, NY 10004** | **LoanCore Capital Credit REIT LLC** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3   **231 East 117 LLC** | **c/o Emerald Equity Group LLC One Battery Park Plaza, Suite 3100 New York, NY 10004** | **LoanCore Capital Credit REIT LLC** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4   **235 East 117 LLC** | **c/o Emerald Equity Group LLC One Battery Park Plaza, Suite 3100 New York, NY 10004** | **LoanCore Capital Credit REIT LLC** | ■ D    **2.1** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **124-136 East 117 LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.5 | **244 East 117 LLC** | **c/o Emerald Equity Group LLC**<br>**One Battery Park Plaza,**<br>**Suite 3100**<br>**New York, NY 10004** | **LoanCore Capital**<br>**Credit REIT LLC** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **East 117 LLC** | **c/o Emerald Equity Group LLC**<br>**One Battery Park Plaza,**<br>**Suite 3100**<br>**New York, NY 10004** | **LoanCore Capital**<br>**Credit REIT LLC** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**124-136 East 117 LLC**__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br><br>■ Other  **Rental Income**<br>**1/01/2020 - 11/30/2020** | **$959,205.01** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br><br>☐ Other   **Rental Income** | **$1,560,588.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **All Make Appliance**<br>**15 Ryans Way**<br>**Jackson, NJ 08527** | | **$15,910.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **124-136 East 117 LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **Statewide Supply**<br>**PO Box 603**<br>**Cedarhurst, NY 11516** | | **$13,834.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Elmax Builders Supply Co.**<br>**1624 Webster Ave**<br>**Bronx, NY 10457** | | **$21,775.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Con Edison**<br>**Orange and Rockland Utilities**<br>**390 West Route 59**<br>**Att Accounts Payable**<br>**Spring Valley, NY 10977** | | **$34,556.27** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    124-136 East 117 LLC _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **124-136 EAST 117 LLC vs. BRYAN BARRERA**<br>251735/19 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **124-136 EAST 117 LLC vs. ANDREW G. SIMSEK**<br>028252/18 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **124-136 EAST 117 LLC vs. CATHY STEPHENS**<br>251784/19 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **124-136 EAST 117 LLC vs. ANA ACEVEDO**<br>250236/18 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **124-136 EAST 117 LLC vs. JAMES BRAGG**<br>250457/19 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **124-136 EAST 117 LLC vs. RHONDA REID**<br>250726/19 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **124-136 EAST 117 LLC vs. DAWN WELLS**<br>250448/19 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **124-136 EAST 117 LLC vs. BARBARA LOPES**<br>251141/19 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **124-136 EAST 117 LLC vs. D.H.P.D.**<br>200005/20 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **124-136 EAST 117 LLC vs. 124 EAST 117TH ST., TENANTS ASSOCIATION etc.**<br>206037/19 | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **124-136 EAST 117 LLC vs. ALVIN IRBY**<br>NA | **Landlord & Tenant** | **NYC Housing Court**<br>**111 Centre Street**<br>**New York, NY 10013** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **124-136 East 117 LLC** | Case number *(if known)* | |
|---|---|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Backenroth Frankel & Krinsky**<br>**800 Third Avenue**<br>**11th Floor**<br>**New York, NY 10022** | | **6/30/2020:**<br>**$7,273**<br>**12/16/2020**<br>**$5,301** | **$12,374.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **124-136 East 117 LLC** | Case number *(if known)* | |
|---|---|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **124-136 East 117 LLC**                                      Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **124-136 East 117 LLC** | Case number *(if known)* | |
|---|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **ArchRock Group LLC** **1 Battery Park Plaza** **31st Floor** **New York, NY 10004-1405** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **ArchRock Group LLC** **1 Battery Park Plaza** **31st Floor** **New York, NY 10004-1405** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **ArchRock Group LLC** **1 Battery Park Plaza** **31st Floor** **New York, NY 10004-1405** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mr. Isaac Kassirer** | **c/o Emerald Equity Group LLC** **One Battery Park Plaza,** **Suite 3100** **New York, NY 10004** | | |

Debtor    124-136 East 117 LLC _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|-----------------------|
| **EEG HGI LLC** | **c/o Emerald Equity Group LLC<br>One Battery Park Plaza,<br>Suite 3100<br>New York, NY 10004** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **1661-1663 PA LLC** | **EIN:    82-2526285** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 28, 2020** _____

**/s/ Ephraim Diamond** _____    **Ephraim Diamond** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Restructuring Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **124-136 East 117 LLC** _____ Case No. _____
_____ Debtor(s)    Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 3,665.00 |
    | Prior to the filing of this statement I have received | $ | 3,665.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ☐ Debtor    ☒ Other (specify):    **244 EAST 117 LLC**

3.  The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Fee is a retainer only.  The Debtor is responsible for additional fees after retainer has been exhausted.**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 28, 2020** _____    **/s/ Mark Frankel** _____
_Date_    **Mark Frankel**
   _Signature of Attorney_
   **Backenroth Frankel & Krinsky, LLP**
   **800 Third Avenue**
   **New York, NY 10022**
   **(212) 593-1100   Fax: (212) 644-0544**
   **mfrankel@bfklaw.com**
   _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re    **124-136 East 117 LLC** _____

_____    Case No. _____

Debtor(s)    Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EEG HGI LLC**<br>**c/o Emerald Equity Group LLC**<br>**One Battery Park Plaza,**<br>**Suite 3100**<br>**New York, NY 10004** | | | **Sole Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **December 28, 2020** _____

Signature    **/s/ Ephraim Diamond** _____
**Ephraim Diamond**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **124-136 East 117 LLC**      Case No. _____

                                    Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 28, 2020** _____        **/s/ Ephraim Diamond** _____

                                                   **Ephraim Diamond**/**Chief Restructuring Officer**
                                                   Signer/Title

Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


City of New York
NYC Law Department
100 Church St
New York, NY 10007


NYC Department of Finance
66 John Street
New York, NY 10038


Backenroth Frankel & Krinsky
800 Third Avenue
11th Floor
New York, NY 10022


NYC Dept. of Environmental Protection
59-17 Junction Blvd
13th Floor
Elmhurst, NY 11373

AAA Appliance
PO Box 207
Lawrence, NY 11559


Alejandro Rojas
124-136 East 117th Street
6L
New York, NY 10035


Alexa Hedge
124-136 East 117th Street
4G
New York, NY 10035


All Make Appliance
15 Ryans Way
Jackson, NJ 08527


Alonzo Johnson
124-136 East 117th Street
2B
New York, NY 10035


Alvin Irby
124-136 East 117th Street
4D
New York, NY 10035


Ana Acevedo
124-136 East 117th Street
3P
New York, NY 10035


Angelica Vielma
124-136 East 117th Street
2P
New York, NY 10035


Anna Arce
124-136 East 117th Street
2E
New York, NY 10035

Annette Areizaga
124-136 East 117th Street
2K
New York, NY 10035


Archrock LLC
PO BOX 967
New York, NY 10272


Barbara Lopes
124-136 East 117th Street
6H
New York, NY 10035


Bethany DeMarco


Big Apple Elevator Industries
PO Box 1337
New York, NY 10156


Brandon Derry
124-136 East 117th Street
2C
New York, NY 10035


Cameron Nies
124-136 East 117th Street
6P
New York, NY 10035


Carolyn Lindsay
124-136 East 117th Street
6F
New York, NY 10035


Carrie Robinson
124-136 East 117th Street
6G
New York, NY 10035


Cathy Stephens
124-136 East 117th Street
2D
New York, NY 10035

Cedric Green
124-136 East 117th Street
3K
New York, NY 10035


Charter Communication
124-136 East 117th Street
New York, NY 10035


Christian Craven
124-136 East 117th Street
5K
New York, NY 10035


Click Pay Services LLC
433 Hackensack Avenue
Hackensack, NJ 07601


COMPASIT CORPORATION
PO BOX 360375
Brooklyn, NY 11236


Con Edison
390 West Route 59
Spring Valley, NY 10977


Danyluz Nelson
124-136 East 117th Street
2L
New York, NY 10035


David Mccaa
124-136 East 117th Street
1N
New York, NY 10035


Dawn Wells
124-136 East 117th Street
6C
New York, NY 10035


Denise Rivera
124-136 East 117th Street
5B
New York, NY 10035

```
DMT - Plumbing
388 E. 198 St.
Bronx, NY 10458


Edonis Hasani
124-136 East 117th Street
5P
New York, NY 10035


Eduardo Dickson
124-136 East 117th Street
1B
New York, NY 10035


Emily Shoup
124-136 East 117th Street
2N
New York, NY 10035


Entech Boiler Controls
POB 339
Lakewood, NJ 08701


Entech Energy Design +Consulting
Po Box 339
Lakewood, NJ 08701


Estelle Gomez
124-136 East 117th Street
3H
New York, NY 10035


Gloria Lopez
124-136 East 117th Street
5N
New York, NY 10035


Heather Tatro
124-136 East 117th Street
2F
New York, NY 10035


Horing Welikson & Rosen, P.C
11 Hillside Avenue
Williston Park, NY 11596
```

Insparisk LLC
18-10 Whitestone Expressway, 3rd Floor
Whitestone, NY 11357


Isci Huseyin
124-136 East 117th Street
3J
New York, NY 10035


James Bragg
124-136 East 117th Street
4J
New York, NY 10035


Jaqwan Wright
124-136 East 117th Street
1H
New York, NY 10035


Jasmine Hooper
124-136 East 117th Street
5E
New York, NY 10035


Jenna Danneberger
124-136 East 117th Street
4B
New York, NY 10035


Jennifer Alegun
124-136 East 117th Street
6D
New York, NY 10035


Jessie Brown
124-136 East 117th Street
2J
New York, NY 10035


Jose Saca
124-136 East 117th Street
3N
New York, NY 10035

Julio Hernandez
124-136 East 117th Street
3D
New York, NY 10035


Kelsey Nusbaum
124-136 East 117th Street
3L
New York, NY 10035


Kristina Mendez
124-136 East 117th Street
5J
New York, NY 10035


LoanCore Capital Credit REIT LLC
c/o Arnold & Porter
250 West 55th Street
Attention: Ben Mintz
New York, NY 10019-9710


Lonnie Dennard
124-136 East 117th Street
5G
New York, NY 10035


Louisa Johnson
124-136 East 117th Street
6J
New York, NY 10035


Luis Canafe
124-136 East 117th Street
4P
New York, NY 10035


Luis Urioste
124-136 East 117th Street
5L
New York, NY 10035


Luisa Lopez
124-136 East 117th Street
3B
New York, NY 10035

```
M & M Glass LLC
P.O Box 190330
Brooklyn, NY 11219


Marc Newberger
3515 HENRY HUDSON PKWY
Bronx, NY 10463


Mark Davy
124-136 East 117th Street
5C
New York, NY 10035


Marques


Michael Comee
124-136 East 117th Street
6E
New York, NY 10035


Michelle Abell Jacoob
124-136 East 117th Street
6B
New York, NY 10035


Michelle Smith
124-136 East 117th Street
2B
New York, NY 10035


Mollie Rohrbaugh
124-136 East 117th Street
4K
New York, NY 10035


Nelson Rodriguez
124-136 East 117th Street
6N
New York, NY 10035


NYC Dept. Environmental Protection
59-17 Junction Boulevard
Legal Department
Elmhurst, NY 11373
```

Peter Montanez
124-136 East 117th Street
1F
New York, NY 10035


Peyton Shaffer
124-136 East 117th Street
4C
New York, NY 10035


Polina Korchagina
124-136 East 117th Street
1L
New York, NY 10035


Ranier Alfonso Acosta
124-136 East 117th Street
1K
New York, NY 10035


RDS Windows Corp
1707 Boston RD
Suite 4A
Bronx, NY 10460


Rhonda Reid
124-136 East 117th Street
5F
New York, NY 10035


Robert Laird
124-136 East 117th Street
4E
New York, NY 10035


Robert Marquez
124-136 East 117th Street
2H
New York, NY 10035


Rochelle Jackson
124-136 East 117th Street
1A
New York, NY 10035

Rosalida Vargas
124-136 East 117th Street
5H
New York, NY 10035


Samantha Davis
124-136 East 117th Street
4H
New York, NY 10035


Sebastien Verpile
124-136 East 117th Street
1C
New York, NY 10035


Spectrum
Po Box 11820
Newark, NJ 07101-8120


Street Rod Welding & Boller Repair Inc.
170 Bristol St
Brooklyn, NY 11212


Superior Maintenance
162 Spencer Street
Brooklyn, NY 11205


Suzannah Woodward
124-136 East 117th Street
4L
New York, NY 10035


Target Exterminating Inc
79-11 69th Drive
Middle Village, NY 11379


The Jewish Board of Family Services
124-136 East 117th Street
1E
New York, NY 10035


Todd Rothenberg Esq.
271 North Ave. Suite 115
New Rochelle, NY 10801

Uliana Lopatina
124-136 East 117th Street
4F
New York, NY 10035


Ultimate Boiler Treatments
674 Broadway
Cedarhurst, NY 11516


Valerie Greene
124-136 East 117th Street
3C
New York, NY 10035

# United States Bankruptcy Court
## Southern District of New York

In re    124-136 East 117 LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    124-136 East 117 LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

December 28, 2020

Date

/s/ Mark Frankel

**Mark Frankel**
Signature of Attorney or Litigant
Counsel for    124-136 East 117 LLC
**Backenroth Frankel & Krinsky, LLP**
**800 Third Avenue**
**New York, NY 10022**
**(212) 593-1100 Fax:(212) 644-0544**
**mfrankel@bfklaw.com**